# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREG RODRIGUEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01574-SAB<br><br>ORDER ENTERING STIPULATION TO PROCEED PSEUDONYMOUSLY AND REQUIRING ANY NON-APPEARING DEFENDANTS TO FILE ANY OPPOSITION OR OBJECTION WITHIN TWENTY-ONE DAYS OF APPEARANCE<br><br>(ECF Nos. 7, 13) |

　　　　On December 7, 2022, Jane Roe ("Plaintiff"), filed this action against Defendants Greg Rodriguez, Warden Michael Pallares, the State of California, and the California Department of Corrections and Rehabilitation ("CDCR"). (ECF No. 1.) On December 15, 2022, the Court granted Plaintiff's motion to proceed by pseudonym, subject to reconsideration of the issue when the Defendants appear in this action. (ECF No. 7.) No answers have been filed, however, on January 5, 2023, counsel expressly appearing on behalf of Defendants State of California and the CDCR, and Plaintiff, filed a stipulation agreeing to an extension of time for all Defendants to file an answer. (ECF No. 11.) On January 25, 2023, a stipulation agreeing to allow Plaintiff to proceed pseudonymously was filed. (ECF No. 13.)

　　　　Like the previous stipulation, counsel's signature block only expressly states counsel is attorney of record for Defendants State of California and the CDCR. (Id.) As the stipulation explains, these Defendants appeared on January 5, 2023; Plaintiffs' counsel has informed these

1  Defendants of Plaintiff's true name; and these Defendants do not oppose Plaintiff proceeding
2  pseudonymously in this proceeding, with certain limitations.  (ECF No. 21.)

3        The Court finds good cause to enter the stipulation based on the same legal standards and
4  factual findings the Court made when granting the motion to proceed pseudonymously.  (ECF
5  No. 7.)  The Court previously ordered that Defendants shall file an opposition, objection, or
6  statement of non-opposition to Plaintiff proceeding by pseudonym in this action within twenty-
7  one (21) days of appearing in this action.  (Id. at 4.)  Given the proffers in the filed stipulation, the
8  Court shall still require any newly appearing Defendants to file any opposition or objection, if
9  they have such opposition or objection, but the Court will not require any appearing Defendants
10 to file a statement of non-opposition if they do not oppose the stipulation as entered here.

11       Accordingly, IT IS HEREBY ORDERED that:

12   1.  The stipulation filed January 25, 2023, (ECF No. 13), is APPROVED and
13       ENTERED as set forth herein;

14   2.  Plaintiff may proceed pseudonymously in this matter, subject to the parameters in
15       this order, and subject to reconsideration upon the filing of an opposition or
16       objection by other named Defendants not yet appearing;

17   3.  No party may use Plaintiff's true name in public filings or in open court in pretrial
18       proceedings in this matter, and instead shall refer to Plaintiff as "Jane Roe";

19   4.  Parties filing documents bearing Plaintiff's true name in the public record shall
20       redact Plaintiff's true name;

21   5.  If it is necessary to use Plaintiff's true name in a court filing, the filing party shall
22       follow the procedures under Local Rule 141 and request that the document be
23       filed under seal;

24   6.  The parties may use Plaintiff's true name in the course of investigation and
25       discovery in this matter, including but not limited to witness interviews and
26       correspondence, subpoenas to non-parties, and in depositions;

27   7.  The stipulation and this order does not address the use of a pseudonym at any trial
28       in this matter, which the parties will address at the appropriate time;

8. The parties' use of Plaintiff's true name outside of this litigation, such as for purposes of CDCR's internal investigation, or a potential related criminal proceeding, is not addressed by, and is not limited by the stipulation or the Court's order allowing Plaintiff to proceed pseudonymously in this litigation; and

9. Defendants, other than the State of California and the CDCR, shall file any opposition or objection to Plaintiff proceeding by pseudonym in this action within twenty-one (21) days of appearing in this action.

IT IS SO ORDERED.

Dated: **January 25, 2023**

UNITED STATES MAGISTRATE JUDGE