# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, | Case No. 1:22-cv-01574-SAB |
| Plaintiff, | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| GREG RODRIGUEZ, et al., | ORDER CONTINUING SCHEDULING CONFERENCE |
| Defendants. | (ECF Nos. 15, 16) |

Plaintiff initiated this action on December 7, 2022. (ECF No. 1.) The matter is currently proceeding on the first amended complaint. (ECF No. 4.) An initial scheduling conference is currently set for March 14, 2023. (ECF No. 15.)

On February 3, 2023, the parties filed a stipulated request to extend the deadline for Defendants to respond to the first amended complaint and to continue the scheduling conference. (ECF No. 16.) The parties proffer Defendants require additional time to prepare their responses to the first amended complaint because a potential parallel criminal prosecution has created some delays in defense counsel's ability to obtain documents and investigate the allegations necessary for Defendants' responsive pleading. Representation is also still pending for additional defendants. Further, Plaintiff's counsel is scheduled to be in trial on March 14, 2023. The Court finds good cause to grant the extension and continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' deadline to respond to the first amended complaint is extended to **February 24, 2023**;

3. The Scheduling Conference set for March 14, 2023, is continued to **April 20, 2023, at 1:30 p.m.**; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **February 3, 2023**

UNITED STATES MAGISTRATE JUDGE