# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>           Plaintiff,<br><br>     v.<br><br>GREG RODRIGUEZ, et al.,<br><br>           Defendants. | Case No. 1:22-cv-01574-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 18) |

Plaintiff initiated this action on December 7, 2022. (ECF No. 1.) The matter is currently proceeding on the first amended complaint. (ECF No. 4.) On February 3, 2023, the Court entered a stipulation extending the time for Defendants to file an answer until February 24, 2023. (ECF No. 17.) On February 23, 2023, the parties filed a second stipulated request to extend the deadline for Defendants to respond to the first amended complaint, until March 1 2023,. (ECF No. 18.) The Court finds good cause to grant the extension based on the proffer that Defendant Greg Rodriguez's counsel has just recently been assigned to the case.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Defendants' deadline to respond to the first amended complaint is extended to **March 1, 2023**.

IT IS SO ORDERED.

Dated:  **February 24, 2023**

UNITED STATES MAGISTRATE JUDGE