# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>   Plaintiff,<br><br>   v.<br><br>GREG RODRIGUEZ, et al.,<br><br>   Defendants. | Case No. 1:22-cv-01574-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE ON FORTHCOMING MOTION TO DISMISS<br><br>(ECF No. 19) |

Plaintiff initiated this action on December 7, 2022. (ECF No. 1.) The matter is currently proceeding on the first amended complaint. (ECF No. 4.) On February 24, 2023, the parties filed a stipulation agreeing to a briefing schedule for a potential forthcoming motion to dismiss by some of the Defendants, the State of California, California Department of Corrections and Rehabilitation ("CDCR"), and M. Pallares. (ECF No. 19.)

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Defendants State of California, CDCR, and M. Pallares to respond to the first amended complaint is extended to March 9, 2023;

2. Any opposition to Defendants' forthcoming motion to dismiss shall be filed on or before April 4, 2023;

3. Any reply to the Plaintiff's opposition shall be filed on or before April 11, 2023;

1

and

4. Any hearing on the forthcoming motion to dismiss shall be set in accordance with Local Rule 230, and the Court's standing order.[1]

IT IS SO ORDERED.

Dated: **February 27, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] Following amendment of the Local Rules effective March 1, 2022, a certain percentage of civil cases shall be directly assigned to a Magistrate Judge only, with consent or declination of consent forms due within 90 days from the date of filing of the action. L.R. App. A(m)(1). This action has been directly assigned to a Magistrate Judge only. No consent forms have been returned in this action. Thus, the setting of a hearing will be dependent on whether this action has been assigned to a District Judge by the time of the filing of the motion to dismiss.