Robert Chalfant (State Bar No. 203051)
**LAW OFFICE OF ROBERT CHALFANT**
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 647-7728
Facsimile:    (916) 930-6093
Email:         robert@rchalfant.com

Attorney for Plaintiff
JANE ROE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JANE ROE,<br><br>       Plaintiff,<br><br>v.<br><br>OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, and DOES 1 to 20,<br><br>       Defendants. | Case No.  1:22-cv-01574-SAB<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE** |

PLEASE TAKE NOTICE of the following related action, pursuant to Local Rule 123:

*Jane Doe v. Officer Greg Rodriguez, Acting Warden Michael Pallares, Officer Favre, Officer*

*Allen, Officer Valladares, Officer Mosqueda and DOES 1 to 20*

United States District Court, Eastern District of California

Case No. 1:22-cv-01569-JLT-SAB

This action is related to this federal court action because: (1) both actions involve some of

the same parties and are based upon the same or similar claims (*i.e.*, Defendant Michael Pallares,

the former Acting Warden of Central California Women's Facility "CCWF" is a defendant in

both actions); (2) both actions involve some of the same events (*i.e.,* Plaintiffs in both actions were raped by Officer Greg Rodriguez and involve Michael Pallares' alleged failure to protect, train, supervise, discipline or remove Rodriguez from his position; and (3) both actions involve similar questions of fact and law (*i.e.*, whether Pallares is liable for the failure to protect Plaintiffs from sexual assault and for failing to train, supervise, discipline and remove Rodriguez even though here had been prior complaints of sexual misconduct against Rodriguez.

      Defendant Michale Pallares has moved for dismissal of the claims against him in this matter, *Roe v. Rodriguez* (Case No. 1:22-cv-01574-SAB)(See ECF No. 24), and it is anticipated that Defendant Pallares will also move for dismissal of the claims against him in *Doe v. Rodriguez* (1:22-cv-01569-JLT-SAB). Assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort because the same result should follow in both actions.

Dated: March 9, 2023                                            Respectfully Submitted,

                                                                       By: __/s/ Robert Chalfant_____
                                                                           Robert Chalfant
                                                                           LAW OFFICE OF ROBERT CHALFANT

                                                                            Attorney for Plaintiff
                                                                            JANE ROE