# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01574-JLT-SAB<br><br>ORDER RE: STIPULATION TO REFER CASE FOR EARLY SETTLEMENT CONFERENCE AND STAY ACTION PENDING SETTLEMENT CONFERENCE<br><br>(ECF No. 42) |

Plaintiff Jane Roe initiated this civil rights action against Defendants Rodriguez, Pallares, the State of California, and the California Department of Corrections and Rehabilitation ("CDCR") on December 5, 2022, asserting claims of based on sexual assault and failure to protect.[1] (ECF No. 1.) This action was related to Doe v. Rodrizuez, No. 1:22-cv-01569-JLT-SAB, on March 27, 2023. (ECF No. 31.) A scheduling conference was held on April 20, 2023 (ECF No. 38), and limited discovery deadlines were set in light of the pending motion to dismiss filed by Defendant Pallares. (See ECF Nos. 24, 34, 39.)

On June 19, 2023, Plaintiff and Defendant Pallares filed a stipulated request to set an early in-person settlement conference before Magistrate Judge Newman on or around October 3 or 4, 2023, and to stay proceedings in the meantime. (ECF No. 42.) The parties indicate counsel for

---

[1] Defendants CDCR and State of California have been dismissed from this action.

1

Defendant Rodriguez was unable to join in the stipulation and anticipates filing a motion to withdraw from the case in the near future. (Id. at 2, n.1.) While the parties agree that a stay on proceedings is appropriate pending settlement, they proffer they may informally exchange information to facilitate settlement and may seek a protective order for that purpose. The Court finds good cause to grant the stipulated requested relief as to setting a settlement conference and staying proceedings; however, it shall set the settlement conference in accordance with the Court's availability.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. A settlement conference is set for **October 16, 2023** at **9:30 a.m.** before **Magistrate Judge Barbara A. McAuliffe** in **Courtroom 8;**

2. This action is STAYED, including all party and non-party discovery, pending the settlement conference; and

3. The parties may informally exchange information to facilitate settlement and may seek a protective order for that purpose.

IT IS SO ORDERED.

Dated: **June 20, 2023**

_____
UNITED STATES MAGISTRATE JUDGE