# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01574-JLT-SAB<br><br>ORDER RE: STIPULATION TO REASSIGN SETTLEMENT CONFERENCE, VACATING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE MCAULIFFE AND SETTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE NEWMAN<br><br>(ECF Nos. 42, 43, 44) |

Plaintiff Jane Roe initiated this civil rights action against Defendants Rodriguez, Pallares, the State of California, and the California Department of Corrections and Rehabilitation ("CDCR") on December 5, 2022, asserting claims of based on sexual assault and failure to protect.[1] (ECF No. 1.) A scheduling conference was held on April 20, 2023 (ECF No. 38), and limited discovery deadlines were set in light of the pending motion to dismiss filed by Defendant Pallares. (See ECF Nos. 24, 34, 39.)

On June 19, 2023, Plaintiff and Defendant Pallares filed a stipulated request to set an early in-person settlement conference before Magistrate Judge Newman on or around October 3 or 4, 2023, and to stay proceedings in the meantime. (ECF No. 42.)[2] On June 21, 2023, the Court

---

[1] Defendants CDCR and State of California have been dismissed from this action.

[2] The parties indicated counsel for Defendant Rodriguez was unable to join in the stipulation and anticipates filing a motion to withdraw from the case in the near future. (Id. at 2, n.1.)

1

1  entered an order referring this matter to an early settlement conference with Magistrate Judge
2  Barbara A. McAuliffe on October 16, 2023, and staying this action. (ECF No. 43.)

3   On June 22, 2023, Plaintiff and Defendant Pallares filed a stipulated request to reset the
4  settlement conference before Magistrate Judge Newman. (ECF No. 44.) The filing indicates that
5  the previous stipulation inadvertently omitted important facts for the Court's consideration
6  regarding the settlement conference referral, and the stipulating parties submit the request for re-
7  assignment of the settlement conference to Magistrate Newman. (Id.) Specifically, the filing
8  describes that the stipulating parties have agreed to an early settlement conference in this matter
9  to take place before Magistrate Judge Newman on October 3 or 4, 2023; that prior to submitting
10 the stipulation and proposed order for setting settlement conference and request for stay of
11 proceedings, the parties had been in communication with Magistrate Judge Newman's clerk, and
12 had received the dates of October 3rd and 4th as open dates to conduct a settlement conference;
13 there are currently 4 (four) cases that proposed stipulations and orders are being submitted for
14 settlement conference with Magistrate Judge Newman, with all four cases having been ordered
15 related by District Judge Jennifer L. Thurston; that the parties anticipated completing the
16 settlement conferences in all four cases over the two day period set with Magistrate Judge
17 Newman, and that judicial economy would best be served and the parties would benefit from the
18 conservation of resources due to the duplication of issues, claims, and legal theories all being
19 presented to one Magistrate Judge for consideration during a consecutive two day period; that all
20 counsel attending the settlement conferences are based in the Sacramento area, and 2 of the 4
21 Plaintiffs reside in the Sacramento area; that the parties sought Magistrate Judge Newman's
22 assistance with these matters based upon the cases' sensitive subject matter and counsels' prior
23 experience with Magistrate Judge Newman in settlement conference; and that the parties
24 specifically requested in-person settlement conferences in Sacramento with Magistrate Judge
25 Newman to increase the possibility of resolution.

26  For the above stated reasons, the stipulating parties request re-assignment of the
27 settlement conference, to Magistrate Judge Kendall J. Newman, and ask that these matters be set
28 for October 3 and 4, 2023, in Sacramento, California, for an in-person settlement conference. The

Court finds good cause to grant the stipulated request.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. The settlement conference set in this matter for **October 16, 2023** at **9:30 a.m.** before **Magistrate Judge Barbara A. McAuliffe** in **Courtroom 8**, is VACATED;

2. A settlement conference is SET to be held in this matter on **October 3 and/or October 4, 2023,** before **Magistrate Judge** Kendall J. Newman; and

3. Further orders concerning the individualized setting of the four above described matters on the two reserved dates, and concerning specific procedures for conducting the four settlement conferences on the two dates, will be issued by Magistrate Judge Newman.

IT IS SO ORDERED.

Dated:   **June 22, 2023**

UNITED STATES MAGISTRATE JUDGE

3