Robert Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:      (916) 647-7728
Facsimile:       (916) 930-6093
Email:            robert@rchalfant.com

Attorney for Plaintiff
JANE ROE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, and DOES 1 to 20, <br><br> Defendants. | Case No. 1:22-cv-01574-JLT-SAB <br><br> **PLAINTIFF'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** <br><br> **Date:        October 3, 2023** <br> **Time:        9:30 a.m.** <br> **Location:   Courtroom 25, 8th Floor** <br> **Magistrate Judge Kendall J. Newman** <br><br> **IN PERSON** |

PLEASE TAKE NOTICE that pursuant to Eastern District local Rule 270(d), Plaintiff JANE

ROE has submitted her Confidential Settlement Conference Statement with the Court:

Dated: September 25, 2023                     Respectfully Submitted,


                                             By: */s/ Robert Chalfant_____*
                                                   Robert Chalfant
                                                   LAW OFFICE OF ROBERT CHALFANT
                                                   Attorney for Plaintiff JANE ROE

1