# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, <br><br> Plaintiff, <br><br> v. <br><br> GREG RODRIGUEZ, et al., <br><br> Defendants. | Case No. 1:22-cv-01574-JLT-SAB <br><br> ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE <br><br> (ECF No. 50) <br><br> **DEADLINE: NOVEMBER 14, 2023** |

On October 4, 2023, this matter was settled at a settlement conference at least as to some named parties, and dispositional documents were to be filed withing thirty (30) days. (ECF No. 58.)

The deadline has now expired and the parties did not file dispositional documents, nor requested an extension of time from the Court. Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the

deadline set by the Court at the settlement conference.  (ECF No. 50.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than November 14, 2023**, why sanctions should not issue for the failure to file dispositional documents the deadline to do so; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **November 7, 2023**                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE